IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:09-cv-486-FL

ULTIMATE PRODUCTS, INC. d/b/a
ILLUMINATOR BUILDINGS, LLC and
ILLUMINATOR BUILDINGS, LLC,

    Plaintiffs,

v.

CAROLINA SOLAR STRUCTURES, INC.
and ROBERT THOMPSON,

    Defendants.

**ORDER REFERRING CASE FOR COURT-HOSTED SETTLEMENT CONFERENCE**

Plaintiffs Ultimate Products, Inc. d/b/a Illuminator Buildings, LLC and Illuminator Buildings, LLC and Defendants Carolina Solar Structures, Inc. and Robert Thompson have jointly moved this Court for an Order referring this case for court-hosted settlement conference. Upon reviewing the motion, the Court is of the opinion that good cause exists for such referral.

It is therefore ORDERED that this case is hereby referred to Judge David W. Daniel to conduct a court-hosted settlement conference and that according to the scheduling needs of the parties and Judge Daniel, the court-hosted settlement conference shall occur on August 24, 2010.

This the 19th day of August, 2010.